Second Department. January 31, 1907.) Action by Frank P. Martin against Herman Wermann. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MATTERN, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Marcus Mattern against the United Traction Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

. PARKER, P. J., not sitting.

MEANEY, Respondent, v. HURWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by John Meaney against Wulf Hurwitz. No opinion. Motion denied.

MEMPHIS TROTTING ASS'N, Respondent, v. SMATHERS, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the Memphis Trotting Association against Elmer E. Smathers. J. F. Cloonan, for appellant. J. J. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Morris C. Mengis against Louis Fitzgerald. No opinion. Motion for stay pending the appeal granted, without costs, on condition the appellant argue the appeal when reached on the calendar.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Morris C. Mengis against Louis Fitzgerald.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

MILLER, J., dissents.

In re MERILLON'S WILL. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of proving the last will and testament of Cornelia Stewart Merillon, deceased, as a will of real and personal property. No opinion. Decree of the Surrogate's Court of Nassau County affirmed, with costs.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Application granted. Order signed.

MIDDLETON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Virginia F. Middleton against the board of education of the city of New York. No opinion. Judgment affirmed by default, with costs.

MIDDLEWORTH, Respondent, v. ORDWAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Sarah Middleworth against Mary M. Ordway, individually and as administratrix, etc., and others.

PER CURIAM. Judgment unanimously affirmed, with costs. See 98 N. Y. Supp. 10.

PARKER, P. J., not sitting.

MILLER et al., Respondents, v. LEO et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Henry W. Miller, individually and as Director, and others against John P. Leo and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MILLS et al., Appellants, v. STROPPEL, Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James W. Mills and another against Karl Stroppel. No opinion. Judgment and order affirmed, with costs.

MINOR v. GARDEN. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Gilbert W. Minor against W. Morton Garden. No opinion. Motion granted, with $10 costs. Order filed.

In re MORRIS ST. IN CITY OF YONKERS. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of laying out and opening Morris street, city of Yonkers. No opinion. Appeal dismissed, with costs.

MOYER, Appellant, v. VILLAGE OF NELLISTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Irving Moyer against the village of Nelliston.

PER CURIAM. Order modified by inserting as a condition for the granting of a new trial the payment by defendant of the trial fee and disbursements, and, as so modified, affirmed, without costs to either party.

PARKER, P. J., not sitting.

MULLEN, Respondent, v. J. J. QUINLAN & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Edward P. Mullen against J. J. Quinlan & Co.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MYERS et al., Appellants, v. PECKINS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 16,

1907.) Action by Antoinette Myers and others against Myron Peckins, as, etc., and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, on the ground that the question of testator's competency should have been submitted to the jury.

---

NEW YORK LIFE INS. & TRUST CO. v. POLSTEIN et al. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by the New York Life Insurance & Trust Company against Isaac Polstein and others. H. Brill, for appellant. J. Fettretch, for respondents. No opinion. Order affirmed, with costs. Order filed.

---

In re NIAGARA SANITARIUM CO. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) In the matter of the re-election of directors of the Niagara Sanitarium Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

NOACK v. CITY OF TROY. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Bernard J. Noack against the city of Troy. No opinion. Motion denied.

---

NUNNALLY v. NEW YORK ZEITUNG CO. (Supreme Court, Appellate Division, First Department. January 29. 1907.) Action by Florence Nunnally against the New York Zeitung Company. No opinion. Motion denied, with $10 costs. Order filed.

---

O'BOYLE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by James J. O'Boyle against the Erie Railroad Company. No opinion. Judgment and order modified by striking out the provision for extra allowance on the ground of want of power in the court below to grant the same, and, as so modified, unanimously affirmed, without costs of this appeal.

---

O'CONNELL, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Michael W. O'Connell against the Syracuse Rapid Transit Railway Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

---

O'CONNOR v. BURGARD. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Patrick J. O'Connor against Henry P. Burgard.

PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to the defendant to abide event. Held, that the evidence failed to establish actionable negligence on the part of the defendant, in that the accident which caused plaintiff's injury was not of such a character that an ordinarily prudent person would have anticipated it as liable to happen, and that there was no negligence attributable to defendant in failing to guard against the possibility of its occurrence.

KRUSE, J., dissents. Order denying motion for new trial on the ground of newly discovered evidence affirmed, with costs.

---

O'CONNOR v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Margaret O'Connor against the city of New York and John E. O'Connor against the city of New York. No opinions. Application granted on plaintiffs stipulating that upon affirmance judgment absolute shall be rendered against them. Order signed.

---

O. J. GUDE CO., Appellant, v. RIESER, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the O. J. Gude Company against Ely J. Rieser. A. S. Gilbert, for appellant. P. Armitage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re OLDMIXON. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) In the matter of the application of John C. Oldmixon for a writ of mandamus directing Mr. Justice Kelly to sign a warrant of commitment. No opinion. Application for writ of mandamus denied.

---

OLDMIXON v. SEVERANCE et al. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by John G. Oldmixon against Stephen N. Severance and another. No opinion. Motion denied. Order filed.

---

OLSON v. ROYAL CO. et al. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Anna Olson, as administratrix, against the Royal Company and others. No opinion. Motion denied on condition that appellant be ready by April term. Order filed.

---

OREMUS v. FELLOWS. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Fred E. Oremus against John K. Fellows, as, etc.

PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to the defendant to abide the event. Held, that the answer raised issues of fact, and that the direction of the verdict was improper.

SPRING, J., not voting.

---

In re O'SULLIVAN. (Supreme Court, Appellate Division, First Department. January 18, 1907.) In the matter of Michael O'Sullivan. No opinion. Reference ordered. Order filed.

---

ORTOLANO v. DEGNON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by